1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant, ROBERT BORCHARD, JR.

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )   CASE NO. 6:07-mj-00026-WMW
                                )
11          Plaintiff,           )
                                )   WAIVER OF DEFENDANT'S
12                              )   PERSONAL APPEARANCE
                                )
13 vs.                          )
                                )
14 ROBERT BORCHARD, JR.         )
                                )
15          Defendant.           )
                                )
16 _____)

17      TO THE ABOVE-ENTITLED COURT:

18      The Defendant ROBERT BORCHARD, JR., having been advised of his right to be

19 present at all stages of proceedings, including, but not limited to, presentation of and arguments

20 on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

21 waives the right to be present at the hearing of any motion or other proceeding in this cause.

22 Examples of hearings concerning which the defendant waives the right to be present include

23 when the case is set for trial, when a continuance is ordered, when a motion to set aside an

24 indictment is heard, during a plea or change of plea, during sentencing or any case disposition,

25 when a motion for reduction of bail or for a personal recognizance release is heard.

26      The undersigned Defendant requests the Court to proceed during every absence of the

27 Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28 is represented at all times by the presence of his attorney the same as if the Defendant were

1  personally present in court, and further agrees that notice to Defendant's attorney that
2  Defendant's presence in court on a particular day at a particular time is required is notice to the
3  Defendant of the requirement of Defendant's appearance at that time and place.
4
5  Dated: March 11, 2007
                                              By:  /s/ Robert Borchard, Jr.
6                                                   ROBERT BORCHARD, JR.
7
8  Dated: March 12, 2007
                                              By:  /s/ Carol Ann Moses
9                                                   CAROL ANN MOSES
                                                    Attorney for Defendant,
10                                                  ROBERT BORCHARD, JR.
11  **It is so ordered:**
                                              By:  _____
12                                                  WILLIAM M. WUNDERLICH
                                                    U.S. MAGISTRATE COURT JUDGE
13
    IT IS SO ORDERED.
14
    **Dated:   March 14, 2007**              /s/  **William M. Wunderlich**
15  mmkd34                                   UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28