1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Ste. 112
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5 Attorney for Defendant, ROBERT BORCHARD, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:07-mj-00026-WMW |
|---|---|---|
| Plaintiff, | ) | REQUEST FOR PROBATION MODIFICATION |
| vs. | ) | |
| ROBERT BORCHARD, JR. | ) | |
| Defendant. | ) | |

Defendant, ROBERT BORCHARD, JR., by and through his attorney of record, Carol Ann Moses, requests that the terms of his probation be amended. BORCHARD shall pay an additional fine of $360 in lieu of performing 40 hours of community service which was ordered in the original terms of probation. BORCHARD shall pay the $360 by November 15, 2007.

Dated: _____

By: _____
CAROL ANN MOSES
Attorney for Defendant,
ROBERT BORCHARD, JR.

* * * ORDER * * *

The Court, having reviewed the above request for a Probation Modification for ROBERT BORCHARD, JR. and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. ROBERT BORCHARD, JR.'S terms of probation shall be amended to allow BORCHARD to pay an additional $360 in fine in lieu of performing 40 hours of community service.

Dated: _____

By: _____
WILLIAM M. WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   October 22, 2007**          **/s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE